THE PEOPLE OF THE STATE OF NEW YORK ex rel. FALKENAU & HAMERSHLAG, INC., Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Respondents.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.    (See 240 N. Y. 688.)

In the Matter of Proving the Will of JOANNA MAY, Deceased.

WILLIAM D. MAY, JR., et al., as Executors of LESLIE W. MAY, Deceased, et al., Appellants; FLORENCE M. MILLER et al., Respondents.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.    (See 241 N. Y. 1.)

JOINT STOCK COMPANY OF VOLGAKAMA OIL AND CHEMICAL FACTORY, Respondent, *v.* THE NATIONAL CITY BANK OF NEW YORK, Appellant.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.    (See 240 N. Y. 368.)

WILLIAM H. W. YOUNGS, Plaintiff, *v.* CLARISSA GOODMAN et al., Defendants.

PHILIP BEROLZHEIMER, Chamberlain of the City of New York, Appellant; WALTER G. HERBERT, as Ancillary Administrator of the Estate of LOUISE MONTES, Deceased, Respondent.

(Submitted October 5, 1925; decided October 13, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.    (See 240 N. Y. 470.)